# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**CASE NO.:** CV 07-07274 SJO (SHx)      **DATE:** May 23, 2011

**TITLE:** Barbara A. Phipps v. John E. Potter, as Postmaster General, etc.,

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Margarita Lopez |
| Courtroom Clerk | Court Recorder |

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Samuel F. Galici                            Terrence Jones, AUSA
Marilynn Mika Spencer

========================================================================

**PROCEEDINGS:** STATUS CONFERENCE

**Matter called.**

**The Court advances and Denies the Motion for Reconsideration re Order on Motion for Summary Judgment filed by Defendant John E Potter [73].**

**The Court sets the Pretrial Conference on Monday, November 7, 2011 @ 9:00 a.m. and the Court trial for Tuesday, November 15, 2011 @ 9:00 a.m.**