


# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Case No. __CV 07-07274 SJO__      Date: __11-21-11__

Time: __10:20__

JURY NOTE NUMBER ~~201339184~~ 1

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

If an essential part of the job is driving and if a reasonable accommodation is ~~to~~ remove driving ~~this~~ would this Individual still qualify under the rehabilitation act as a "qualified Individual"?

REDACTED AS TO FOREPERSON'S NAME

SIGNED: ~~_____~~

FOREPERSON OF THE JURY