LAW OFFICES OF SAMUEL F. GALICI
Samuel F. Galici   (102496)
1190 S. Victoria Ave., Suite 204
Ventura, CA 93003-6569
(805) 654-1451  telephone
(805) 654-1453  facsimile
sgalici@EmployeeLawyers.net

THE SPENCER LAW FIRM
Marilynn Mika Spencer (149941)
2727 Camino del Rio South, Suite 140
San Diego, CA 92101
(916) 233-1313  telephone
(619) 296-1313  facsimile
mspencer@spencerlawoffice.com

Attorneys for Plaintiff BARBARA A. PHIPPS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BARBARA A. PHIPPS,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK R. DONAHOE, as Postmaster General, *et al.*,<br><br>Defendants, | Case No. Case No. CV 07-07274 SJO (SHx)<br><br>PLAINTIFF'S RESPONSE TO EX PARTE APPLICATION TO CONTINUE HEARING DATE REGARDING PLAINTIFF'S MOTION FOR NEW TRIAL; DECLARATION OF SAMUEL F. GALICI<br><br>Hon. S. James Otero<br>United States District Judge |

Plaintiff, Barbara A. Phipps, in response to Defendant's Ex Parte Application to Continue Hearing Date Regarding Plaintiff's Motion for New Trial, states as follows:

1

1. Defendant failed to meet and confer prior to filing the ex parte application and did not provide plaintiff's counsel to respond to a request for a stipulation, as more fully set forth in the Declaration of Samuel F. Galici filed herewith.

2. Defendant has failed to provide a declaration or any other evidence in support of the ex parte application

3. Plaintiff does not oppose continuing Plaintiff's Motion for New Trial or, in the Alternative, to Alter or Amend Judgment from June 18, 2012 to July 30, 2012 provided that Defendant's opposition to the motion be filed no later than July 2, 2012, which will provide Plaintiff through July 16, 2012 to file her reply.

4. Plaintiff's counsel has contacted Defendant's counsel to work out a stipulation but has received no response, as more fully set forth in the Declaration of Samuel F. Galici filed herewith.

WHEREFORE, plaintiff seeks an order continuing the hearing on Plaintiff's Motion for New Trial or, in the Alternative, to Alter or Amend Judgment from June 18, 2012 to July 30, 2012 at 10:00 A.M., with the opposition to be filed no later than July 2, 2012 and any reply filed by July 16, 2012.

Dated: May 24, 2012        LAW OFFICES OF SAMUEL F. GALICI

   ___/s/_Samuel F. Galici_____
   Samuel F. Galici

Dated: May 24, 2012        THE SPENCER LAW FIRM

   ___/s/_Marilynn Mika Spencer_____
   Marilynn Mika Spencer

   **Attorneys for Plaintiff Barbara A. Phipps**